U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PHILLIP GADBERRY,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

NO. 3:14-cv-05814-KLS

ORDER DISMISSING COMPLAINT WITH PREJUDICE

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulated Motion for Voluntary Dismissal, there being no objection to this motion, and good cause having been shown, now, therefore, it is hereby

ORDERED that the Complaint in this Action is hereby dismissed with prejudice.

DATED this 17th day of June, 2015.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER - [3:14-cv-05814-KLS] - Page 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226